IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DENNIS FITTS,

    Petitioner,

-vs-

RICK HARRINGTON,

    Respondent.                    No. 10-cv-494-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order (Doc. 21) entered by this Court on September 26, 2013, the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 is **DENIED** and the matter is **DISMISSED with prejudice**.

                          NANCY J. ROSENSTENGEL,
                          CLERK OF COURT

                          BY: *s/Sara Jennings*
                                Deputy Clerk

**DATED:** September 26, 2013

Digitally signed by David R. Herndon
Date: 2013.09.26 15:46:04 -05'00'

APPROVED:
    CHIEF JUDGE
    U. S. DISTRICT COURT